August 14, 2014

Atlas Industries, Inc.
PO Box 830
Fremont OH 43420

  Re: Robert C Stein
     Ohio BWC Claim No. 13-869280 and Wrongful Termination On or
     About July 25, 2014

Dear Sir/Madam:

Please be advised that this office is now representing your employee, Robert C. Stein, in all matters pertaining to his captioned workers' compensation claim #13-869280. We are presently in the process of arranging for your third party administrator, Frank Gates, to provide us copies of all records in conjunction with the workers' compensation claim.

In addition, this letter is to notify you formally of our claim that Atlas Industries wrongfully terminated Mr. Stein on or about July 25, 2014. It is our firm belief that said termination is a violation of Ohio Revised Code Section 4123.90, together with the Family Medical Leave Act.

Consistent with the provisions of Ohio Revised Code Section 4123.90, this letter is to formally provide you with formal notice of our assertion of a claimed violation of that provision of the code together with our intent to formally commence legal proceedings against you in the event that satisfactory resolution of the matter cannot be attained.

In order to avoid our institution of legal proceedings as set forth under Ohio Revised Code Section 4123.90 or the pursuit of any and all other legal remedies available to us, we demand that Mr. Stein be reinstated to his former position of employment with Atlas Industries together with full back pay and benefits to which he is entitled as a consequence of his continued employment with the company.

If you have any questions regarding the foregoing, please feel free to contact me.

            Very truly yours,

            GALLON, TAKACS, BOISSONEAULT
            & SCHAFFER CO., L.P.A.


            By_____
              William E. Takacs

WET/lgh

cc: Robert C Stein
  Bureau of Workers' Compensation

**CERTIFIED MAIL – RETURN RECEIPT REQUESTED** EXHIBIT A