IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| ROBERT C. STEIN, | CASE NO. 3:15-CV-00112 |
| Plaintiff, | JUDGE JAMES G. CARR |
| vs. | **CONSENT JUDGMENT ENTRY** |
| ATLAS INDUSTRIES, INC., | |
| Defendant. | |

Now come the parties by and through counsel and submit the following proposed Consent Judgment Entry for the Court's approval.

It is ordered that:

- Consent Judgment shall be entered in favor of Robert Stein in the amount of $175,000.00, plus interest at the statutory post-judgment interest rate from this date until payment in full, against Defendant, Atlas Industries, Inc. ("Atlas").

- There shall be a stay of all execution upon the Consent Judgment and post judgment interest if the terms of the Confidential Settlement Agreement reached between the parties are met. In the event that Atlas defaults in making any of the payments and such default is not timely cured as set forth in the Agreement, Robert Stein shall have the immediate right to execute upon the judgment amount of $175,000.00, less the amount of all installments paid under the terms of the Settlement Agreement up to the date of default.

Each party to pay their own costs.

| | |
|---|---|
| 1/16/19 | /s/ James G. Carr |
| Date | Judge Carr |

Submitted by:

| | |
|---|---|
| */s/ Denise M. Hasbrook* | */s/ Diana Robinson per email consent on 12/31/18* |
| Denise M. Hasbrook (0004798) | Diana Robinson |
| dhasbrook@ralaw.com | *Counsel for Plaintiff,* |
| *Attorneys for Defendant,* | *Robert C. Stein* |
| *Atlas Industries, Inc.* | |

13328997_1 116886.0010